**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| JACOB CHRISTINE, | : | No. 1 MM 2018 |
| Petitioner | : | |
| v. | : | |
| JUDGE EMIL GIORDANO AND NORTHAMPTON COUNTY, | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of February, 2018, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.